ACCOUNT:
COLEMAN,JASON---ET
PAGE 1 OF 3
8/31/2014
INVOICES ATTACHED

MARVELL-MARVELL



BEFORE SEED · BEYOND HARVEST

Contact Us
Visit us at: www.sanders.com
Or call: (870) 829-2581

COLEMAN,JASON---ET



☐ CONTACT CHANGES ON THE BACK.

Please pay by 9/10/2014:
$2,626.93

Amount Enclosed:
$_____

Please remit payment to:
PO BOX 870
MARVELL,AR 723660000

- - - - - - - - - - - - - - - - - - CUT HERE AND RETURN WITH PAYMENT - - - - - - - - - - - - - - - - - - - - - -

## MONTHLY ACCOUNT STATEMENT

**ACCOUNT SUMMARY:**

| | |
|---|---:|
| PREVIOUS BALANCE | $206,196.57 |
|   LESS: PAYMENTS | $0.00 |
|   INVOICES/CREDIT MEMO | $0.00 |
|   ADJUSTMENTS | $28,446.12 |
|   FINANCE CHARGES | $1,022.96 |
| ENDING BALANCE | $235,665.65 |
| LESS: DEFERRED INVOICES | $233,038.72 |
| **CURRENT AMOUNT DUE** | **$2,626.93** |
| DEFERRED INVOICE DUE IN SEPTEMBER | $0.00 |

**BREAKDOWN OF CHARGES:**

| | CURRENT | YTD |
|---|---:|---:|
| SEED | $0.00 | $0.00 |
| FERTILIZER | $0.00 | $0.00 |
| CROP PROTECTION | $0.00 | $0.00 |
| SERVICES | $0.00 | $0.00 |
| GASOLINE | $0.00 | $0.00 |
| HIGHWAY DIESEL | $0.00 | $0.00 |
| FARM DIESEL | $0.00 | $0.00 |
| OTHER | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

**DEFERRED INVOICES:**

| | |
|---|---:|
| TOTAL DEFERRED INVOICES | $233,038.72 |

- EXCLUDED FROM TOTALS ABOVE
- Pay by due dates to avoid service charges
- Includes Current Deferred (Due within 30 days of statement date) and Future Deferred
- Detail can be found in the Deferred Invoice section

**PREPAY:**

| | |
|---|---:|
| BEGINNING PREPAY | $0.00 |
| ADDITIONAL PREPAY | $0.00 |
| PREPAY APPLIED | $0.00 |
| ENDING PREPAY | $0.00 |

**FINANCE CHARGE:**

Our finance charge is computed at a periodic rate of 0.5% per month, which is an annual percentage rate of 6%. The charge is applied to the adjusted balance, which is the balance for the previous month, less payments for the current month.

| | |
|---|---:|
| 90 DAYS & OVER | $195.49 |
| OVER 60 DAYS | $388.43 |
| OVER 30 DAYS | $824.56 |
| CURRENT | $234,061.68 |

EXHIBIT 2

the next page...